# COURT MINUTES

# Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor Date: 09/24/2026 Time: 10:00 AM

Defendant: Juan Carlos Yepes Calvijo J#: 52733-506 Case #: 22-cr-20104-BECERRA

AUSA: Alejandra Lopez Attorney: Jose-Carlos Villanueva (CJA)

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH

Proceeding: Arraignment/Detention Hearing CJA Appt:

Bond/**PTD Held**: ☐ Yes ☐ No Recommended Bond:

Bond Set at: **STIP-PTD with right to revisit** Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*Brady Order Given on 9/21/2026*

Parties stipulated to PTD with right to revisit. Government's Ore Tenus request for PTD; Granted pursuant to the stipulation. No hearing held. Defendant arraigned. Defendant's Ore Tenus request for entry of the Standing Discovery Order; Granted.

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:25:15 Time in Court: 1 mins